IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY LADON ANDERSON
ADC #130993                                                                                          PETITIONER

VS.                                              5:06CV00155 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                       RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 8th day of February 2008.

_____
UNITED STATES MAGISTRATE JUDGE